1 | Daniel P. Schrader (SBN 145670)
dschrader@mgmlaw.com
2 | Mary Katherine Back (SBN 234021)
mback@mgmlaw.com
3 | Dane W. Schrader (SBN 317004)
dwschrader@mgmlaw.com
4 | **MANNING GROSS + MASSENBURG LLP**
201 Spear Street, 18th Floor
5 | San Francisco, CA 94105
Tel: 415 512 4381
6 | Fax: 415 512 6791

7 | Attorneys for Defendants
**SONNY NMN VANDIVER**
8 | **and KOOL RIDE LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| EUGENE C. SOWA, an individual, MARYLOU ANN SOWA, an individual, | Case No.: 5:19-cv-01492 MWF(KKx) |
|---|---|
| Plaintiffs, | *Removed from San Bernardino County Superior Court, Case No. CIVDS1908442* |
| vs. | Assigned to:<br>Honorable Kenly Kiya Kato<br>Courtroom: 3 |
| SONNY NMN VANDIVER, an individual, KOOL RIDE TRUCKING, LLC., a California corporation, and DOES 1 through 50, inclusive, | [PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL RULE 35 NEUROLOGICAL EXAMINATION OF PLAINTIFF EUGENE SOWA** |
| Defendants. | Date:    December 3, 2020<br>Dept.:    3<br>Time:    10:00 a.m. |
| | Complaint Filed:  March 27, 2019<br>Removal Filed:   August 9, 2019<br>Trial Date:     July 13, 2021 |
| | **NOTE CHANGES MADE BY THE COURT** |

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO COMPEL RULE 35 EXAMINATION OF PLAINTIFF EUGENE SOWA

On October 27, 2020, defendants Sonny Nmn Vandiver and Kool Ride Trucking LLC's (collectively "Defendants") filed a Motion to Compel Plaintiff Eugene Sowa's Rule 35 Neurological Examination. Dkt. 27. Plaintiff has not filed an opposition, which the Court deems consent to the granting of the Motion. See Local Rule 7-12.

The Court having considered Defendants' motion, Plaintiff's failure to file an opposition, and finding good cause,

IT IS HEREBY ORDERED THAT DEFENDANTS' MOTION IS GRANTED AS FOLLOWS:

(1) Plaintiff Eugene Sowa shall appear for the examination with Dr. Barry Ludwig located at 2811 Wilshire Blvd., Santa Monica, CA 90403 on December 9, 2020 at 1 p.m.; and

(2) Plaintiff Eugene Sowa and his counsel of record Moussa Helo are jointly and severally ordered to pay Defendants' reasonable expenses incurred in filing the instant Motion in the sum of $2,200.00 to Defendants within ten (10) days of execution of this order.

Dated: November 18, 2020

By: *[signature]*
Hon. Kenly Kiya Kato
United States Magistrate Judge