ALBERT ABKARIAN, ESQ. 161800
MOUSSA A. HELO, ESQ. 264396
ALBERT ABKARIAN & ASSOCIATES
3827 Ocean View Blvd.
Montrose, CA 91020
(818) 248-8555
(818) 248-8557 Facsimile
moussa@abkarianlaw.com

Attorneys for Plaintiffs
**EUGENE C. SOWA & MARYLOU ANN SOWA**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. SOWA, an individual, MARYLOU ANN SOWA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SONNY NMN VANDIVER, an individual, KOOL RIDE TRUCKING, LLC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-01492-MWF-KK<br><br>Assigned for All-Purpose to:<br>Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [FRCP 41(a)]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs. The Clerk is directed to close the file.

DATED: May 11, 2021

                                     MICHAEL W. FITZGERALD
                                     United States District Judge